PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile

☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
                         ☐ Indictment    ☐ Charges/Counts Added
                         ☐ ...formation

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT   Criminal
DISTRICT OF NEVADA             _____
                               Divisional Office

Name and Office of Person       Robert Knief
Furnishing Information on        ☒ U.S. Atty   ☐ Other U.S. Agency
THIS FORM                        Phone No. _____
Name of Asst.
U.S. Attorney    702.388.6336
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

_____

☐ person is awaiting trial in another Federal or State Court
   (give name of court)

☐ this person/proceeding transferred from another district
   per (circle one) FRCrP  20, 21 or 40. Show District

☐ this is a reprosecution of charges
   previously dismissed which were
   dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant. (Notice of Related
   Case must still be filed with the
   Clerk.)

☐ prior proceedings or appearance(s)
   before U.S. Magistrate Judge
   regarding this defendant were
   recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of offense | County

---

CASE NO.  2:26-mj-00185-DJA-1  FILED.

USA vs.                    DATED: 11:41 am, March 24, 2026
Defendant: CHANGTIAN MAI    U.S. MAGISTRATE JUDGE

Address:

_____

☐ Interpreter Required   Dialect: _____

Birth                        ☐ Male        ☐ Alien
Date _____         ☐ Female      (if applicable)

Social Security Number _____

### DEFENDANT

Issue:  ☐ Warrant   ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), 846 and 860 | Conspiracy to Manufacture a Controlled Substance in a Protected Area | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

Submit | Go